# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DALE A. MEINEMA, | |
| Plaintiff, | Case No. 1:18-cv-00435-GJQ-RSK |
| v. | |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Judge Ray Kent |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff DALE A. MEINEMA and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 27, 2018                             Respectfully Submitted,

**DALE A. MEINEMA**                                  **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Alexander J. Taylor*                            */s/ Morgan I. Marcus (with consent)*
Alexander J. Taylor                                  Morgan I. Marcus
*Counsel for Plaintiff*                              *Counsel for Defendant*
Sulaiman Law Group, LTD                              Sessions Fishman Nathan & Israel LLP
2500 S. Highland Ave., Ste. 200                      141 W. Jackson Blvd., Ste. 3550
Lombard, Illinois 60148                              Chicago, IL 60604
Phone: (630) 575-8181                                Phone: (312) 578-0985
ataylor@sulaimanlaw.com                              mmarcus@sessions.legal